**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1469**

———————

In re:  LAURA KRISTEN BOYD MEADOR,

        Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Beaufort.

———————

Submitted:  July 25, 2024                                      Decided:  July 30, 2024

———————

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Laura Kristen Boyd Meador, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laura Kristen Boyd Meador petitions for a writ of mandamus seeking an order directing military personnel to disconnect the device that Meador asserts the military has implanted in her brain. We conclude that Meador is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up).

The relief sought by Meador is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*